UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| APEX RADIOLOGY, INC. | ) | CASE NO. 1:08-CV-1406 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER BOYKO |
| vs. | ) | |
| | ) | |
| F & S APEX ,LLC | ) | |
| F & S APEX, INC.. | ) | |
| | ) | |
| Defendants. | ) | O R D E R |

This Court having reviewed the Report and Recommendation (Doc.# 22 ) of Magistrate Judge Baughman regarding the Motion to Stay Proceedings Pending Arbitration (Doc.# 10) and having no objections from the plaintiff, and having conducted a *de novo* review of the issues raised, adopts in full the Report and Recommendation (Doc.# 22 ) and GRANTS Defendant's Motion to Stay Proceedings Pending Arbitration.

.

IT IS SO ORDERED.

S/Christopher A. Boyko
CHRISTOPHER BOYKO
UNITED STATES DISTRICT JUDGE

Dated:12/1/2008